■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v HOWARD RAY, Respondent.—Appeal by the People from an order of the Supreme Court, Kings County, entered August 17, 1976, which granted defendant-respondent's oral motion to dismiss the indictment for failure to prosecute. Order reversed, on the law, and indictment reinstated. By statute, a motion to dismiss an indictment must be made in writing and upon notice to the People (CPL 210.45, subd 1; see, also, *People v Pichkur,* 52 AD2d 852; *People v Ryan,* 42 AD2d 869; *People v Trottie,* 47 AD2d 751). The failure to comply with this requirement, unless consented to by the District Attorney, is reversible error (see *People v Rao,* 53 AD2d 904; *People v Orr,* 53 AD2d 634; *People v Smith,* 53 AD2d 652). In this case the District Attorney opposed the application. Furthermore, the basic speedy-trial contention of defendant lacks merit. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHA-LA GOD, Also Known as ROBERT MILLER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered February 14, 1974, convicting him of robbery in the second degree and grand larceny in the third degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction of grand larceny in the third degree, and the sentence imposed thereon, and the said count is dismissed. As so modified, judgment affirmed. This court has already decided all of the issues raised on this appeal (see *People v God,* 56 AD2d 636). Cohalan, J. P., Damiani, Rabin and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS JOSEPH SHORT, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County, imposed November 19, 1976. Sentence affirmed, No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Hawkins, Suozzi and Mollen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL WILLIAMS, Appellant, v JAMES MONROE, as Warden, Respondent.—In a habeas corpus proceeding, petitioner appeals from so much of an order and judgment (one paper) of the Supreme Court, Kings County, entered December 2, 1974, as denied the application. Order and judgment affirmed insofar as appealed from, without costs or disbursements. There is no statute which requires that a sanity hearing be held in every instance in which it is claimed that the defendant has a mental problem or a history of psychiatric treatment. Accordingly, the Criminal Term did not abuse its discretion when it failed to order such a hearing *sua sponte* before petitioner's plea of guilty was accepted (see *People v Rivera,* 50 AD2d 805). Cohalan, J. P., Damiani, Rabin and Titone, JJ., concur.